IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MEGAN MARIE BOLINDER**                                                              **PLAINTIFF**

V.                                      **CASE NO. 5:24-CV-5174**

**J. DAVID JOHN**                                                                      **DEFENDANT**

## ORDER

Now before the Court is the Report and Recommendation ("R&R") (Doc. 9) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Defendant J. David John filed Objections to the R&R (Docs. 10 & 11), which triggered the Court's *de novo* review of the record.

Having completed its review, the Court **OVERRULES** all objections and endorses the R&R's reasoning. Mr. John improperly removed this domestic relations case. He is displeased with rulings that the state court judge made against him regarding child support and visitation, and he asks this Court to step in and take over. That is impossible, as the state court has exclusive jurisdiction over domestic relations matters, and Mr. John has failed to raise any separate issues of constitutional dimension.

**IT IS THEREFORE ORDERED** that the R&R (Doc. 9) is **ADOPTED IN ITS ENTIRETY**. The Clerk of Court is **DIRECTED** to immediately **REMAND** this Case to the Circuit Court of Benton County, Arkansas.

**IT IS SO ORDERED** on this 30th day of August, 2024.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE